UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-87-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN LEE FOSTER | ORDER TO SEAL |

On motion of the Defendant, Brian Lee Foster, and for good cause shown, it is hereby ORDERED that the **[DE 215]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 27th day of September, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge